DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMGUARD INSURANCE COMPANY,**
Appellant,

v.

**HEALHTY FOOD EXPERTS, LLC,**
Appellee.

No. 4D22-1519

[March 16, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 2018-CA-000496.

Julius F. Parker, III, of Butler Weihmuller Katz Craig LLP, Tallahassee, for appellant.

Matthew Struble of Struble, P.A., Indialantic, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***